58650. PARKS et al. v. EWING.

QUILLIAN, Presiding Judge.

In this declaratory judgment action the defendant appeals from the grant of plaintiff's motion for summary judgment. *Held:*

Affirmed in accordance with Court of Appeals Rule

36 (3).

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED
JANUARY 11, 1980.

*B. Andrew Prince, Robert J. Reed,* for appellants.
*T. Treadwell Syfan,* for appellee.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*